UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: GLORIA MAUREEN MATANO

Case No.: 18-12992-VFP
Chapter: 7
Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

_____David Wolff_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on April 24, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real property located at 14 Doreen Lane, Wayne, New Jersey

Value: $433,000.00

Liens on property:

Select Portfolio Servicing, Inc.

$414,000.00

Amount of equity claimed as exempt:
$0.00

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee
Address: 396 Route 34, Matawan, New Jersey 07747
Telephone No.: (732) 566-1189

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-12992-VFP
Gloria Maureen Matano                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 26, 2018
                              Form ID: pdf905          Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db             +Gloria Maureen Matano,    14 Doreen Lanve,    Wayne, NJ 07470-4508
517335103      +American Express Bank, FSB,    4315 South 2700 West,    Salt Lake City, UT 84184-0002
517335104      +Bank of America, NA,    100 North Tryon Street,    Charlotte, NC 28202-4031
517335106      +Chase Bank, NA,    200 White Clay Center Drive,    Newark, DE 19711-5466
517335108      +KML Law Group, P.C.,    216 Haddon Avenue,    Ste 406,    Westmont, NJ 08108-2812
517335111     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of NJ Div of Taxation,    Box 245,    Trenton, NJ 08695)
517335113      +Valley National Bank,    1460 Valley Road,    Wayne, NJ 07470-8494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2018 00:05:20     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2018 00:05:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 00:09:29
                 Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,    Norfolk, VA 23541-1021
517335105      +E-mail/Text: bk.notifications@jpmchase.com Mar 27 2018 00:05:10     Chase Auto Finance,
                 Box 901076,    Fort Worth, TX 76101-2076
517335107       E-mail/Text: cio.bncmail@irs.gov Mar 27 2018 00:04:55     Internal Revenue Service,   Box 7346,
                 Philadelphia, PA 19101-7346
517335109      +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 27 2018 00:04:47     Kohl's/Capone,   Box 3115,
                 Milwaukee, WI 53201-3115
517335110      +E-mail/Text: jennifer.chacon@spservicing.com Mar 27 2018 00:06:28
                 Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Drive,    Salt Lake City, UT 84119-3284
517335112      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 00:09:29     Syncb/TJX Co DC,   BOx 965015,
                 Orlando, FL 32896-5015
517337967      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 00:09:29     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2018 at the address(es) listed below:
              David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Ralph A Ferro, Jr   on behalf of Debtor Gloria Maureen Matano ralphferrojr@msn.com
              Rebecca Ann Solarz   on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee
               for Towd Point Mortgage Trust Asset-Backed Securities, Series 2015-3 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```